**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1425**

CHRISTOPHER LYTES,

              Plaintiff - Appellant,

       v.

CHRISTIAN SMITH; DAVID WOOD; BRIAN N. SMITH; JOHN LOOKABILL,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Margaret B. Seymour, Senior
District Judge.   (3:12-cv-01672-MBS)

Submitted:  October 20, 2014        Decided:  October 23, 2014

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. Rauch Wise, LAW OFFICE OF C. RAUCH WISE, Greenwood, South
Carolina; Robert M. Cook, II, Leesville, South Carolina, for
Appellant.   Joel S. Hughes, Andrew F. Lindemann, William H.
Davidson, II, DAVIDSON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lytes appeals the district court's order granting summary judgment in favor of the Defendants and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lytes v. Smith</u>, No. 3:12-cv-01672-MBS (D.S.C. filed Mar. 28, 2014; entered Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>